**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Luis Jasso BOTELLO, Defendant–**
**Appellant.**

**No. 09–40712**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 4, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Guillermo Ruben Garcia, Garcia & Garcia, Laredo, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Luis Jasso Botello has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Jasso Botello has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw pursuant to *Anders* is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Counsel's motion for leave to withdraw due to his possible appointment as a United States Magistrate Judge is DENIED as moot.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.